**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:     PS Investments, L.P. f/k/a Paradigm Services, L.P. v. Southern
Instrument & Valve Company, Inc.

Appellate case number:     01-12-01016-CV

Trial court case number:     CV62534

Trial court:     County Court at Law No. 2 of Galveston County

Date motion filed:     May 9, 2014

Party filing motion:     Appellant

It is ordered that the motion for rehearing is **denied**.

Judge's signature: /s/ Terry Jennings
                                    Acting for the Court

Panel consists of: Justices Jennings, Keyes, and Sharp

Date:  August 26, 2014